Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUBEN JUAREZ, individually and on behalf of all others similarly situated,

                    Plaintiff(s),

v.

SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI Lending Corp. d/b/a SOFI,

                      Defendant(s).

Case No: 3:20-cv-03386-L

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER
(CIVIL LOCAL RULE 11-3)

I, Karla L. Johnson, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants SoFi in the above-entitled action. My local co-counsel in this case is Jamie D. Wells, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| McGuireWoods, LLP, 260 Forbes Avenue, Suite 1800, Pittsburgh, PA 15222 | McGuireWoods LLP, Two Embarcedero Center, Suite 1300, San Francisco, CA 94111 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (412) 667-7927 | (412) 844-9944 |
| My email address of record: | Local co-counsel's email address of record: |
| kjohnson@mcguirewoods.com | jwells@mcguirewoods.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 307031.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: June 15, 2020                     Karla L. Johnson
                                                                                   APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Karla L. Johnson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/26/2020                                  *Haywood S. Gill Jr.*
                                                          UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Karla Lynn Johnson, Esq.*

**DATE OF ADMISSION**

*October 26, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: February 18, 2020

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk