1  **MCGUIREWOODS LLP**
   Jamie D. Wells (SBN 290827)
2  Two Embarcadero Center
   Suite 1300
3  San Francisco, CA  94111-3821
4  Telephone:  415.844.9944
   Facsimile:  415.844.9922
5
   K. Issac deVyver (*pro hac vice*)
6  Karla Johnson (*pro hac vice*)
   Tower Two-Sixty
7  260 Forbes Avenue
   Suite 1800
8  Pittsburgh, PA 15222
9  Telephone: 412.667.6000
   Facsimile: 412.667.6050
10
   *Attorneys for Defendants*
11 *Social Finance, Inc. d/b/a SoFi and*
   *SoFi Lending Corp. d/b/a SoFi*
12

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI,<br><br>Defendants. | CASE NO: 4:20-cv-03386-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: May 19, 2020<br><br>District Judge Haywood S. Gilliam |

Pursuant to civil Local Rules 6-1(b) and 6-2, Plaintiff Ruben Juarez ("Plaintiff"), through counsel, along with counsel for Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi (collectively, "SoFi"), respectfully submit the following Joint Stipulation and Proposed Order to Set Briefing Schedule in Response to Plaintiff's Complaint.

## RECITALS

WHEREAS, on May 19, 2020, Plaintiff filed a putative class action Complaint against SoFi in the above-captioned matter (D.E. 1);

WHEREAS, on June 5, 2020, pursuant to Local Rule 6-1(a), Plaintiff and SoFi (together, the "Parties") filed a Joint Stipulation to Extend Time to Respond to Initial Complaint, extending the time for SoFi to respond to the Complaint for a period of approximately twenty-one days, up to and including July 9, 2020 (D.E. 14);

WHEREAS, counsel for Plaintiff requested a modified briefing schedule in the event that SoFi files a responsive Motion, and following meet and confer between counsel for Plaintiff and counsel for SoFi, the Parties agree to modify the briefing schedule as follows:

- Plaintiff's Opposition to Defendants' Motion in response to Plaintiff's Complaint shall be due 21 days following the filing of Defendants' Motion, and therefore shall be filed on or before July 30, 2020;
- SoFi's Reply shall be due 14 days following the filing of Plaintiff's Opposition, and therefore shall be filed on or before August 13, 2020;

WHEREAS, the Parties state that this request is not the result of dilatory conduct, but following good faith discussions to provide the Parties time to evaluate and analyze the arguments and prepare a response;

WHEREAS, the Parties, through their respective counsel, have agreed to the modification;

WHEREAS, this Court has set the Initial Case Management Conference for August 25, 2020 at 2:00 PM with the Case Management Statement due on August 18, 2020 (D.E. 20) and, accordingly, the extension of time will not alter the date or any event or deadline already fixed by Court order;

WHEREAS, the Parties affirm that no party will be prejudiced by the short extension, nor will the requested extension unduly delay the case;

WHEREAS, the Parties previously filed a Joint Stipulation to Extend Time to Respond to Initial Complaint (D.E. 14), and there have been no other requests for modifications of time in this case;

## STIPULATION

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and SoFi through their respective undersigned counsel that:

1. Plaintiff's Opposition to SoFi's Motion in response to Plaintiff's Complaint shall be filed on or before July 30, 2020;
2. SoFi's Reply shall be filed on or before August 13, 2020;
3. The only prior extension of time in this action was a 21-day extension of time for SoFi to respond to the Complaint;
4. This extension will not affect any other deadlines set by the Court in this case;
5. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties; and
6. All other signatories listed, and on whose behalf the filing is submitted, concur with the content in this Stipulation and have authorized the filing.

IT IS SO STIPULATED.

DATED: July 7, 2020                              **MCGUIREWOODS LLP**

                                        By:    /s/ K. Issac deVyver
                                               K. Issac deVyver

                                        *Attorneys for Defendants Social Finance, Inc.*
                                        *d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi*

1  DATED: July 7, 2020                              **OUTTEN & GOLDEN LLP**

                                          By:  */s/ Michael Litrownik*
                                               Michael Litrownik
                                               Ossai Miazad

                                               *Attorneys for Plaintiff Ruben Juarez*


                                          **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  _____7/7/2020_____          _____
                                    Haywood S. Gilliam, Jr.
                                    United States District Court Judge

---

4

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFF'S COMPLAINT