**OUTTEN & GOLDEN LLP**
Moira Heiges-Goepfert (Cal. Bar No. 326861)
One California Street, 12th Floor
San Francisco, CA 94111
New York, NY 10017
Telephone: (212) 245-1000
Facsimile:  (415) 638-8810
mhg@outtengolden.com

**LAWYERS FOR CIVIL RIGHTS**
Ivan Espinoza-Madrigal**
Oren Nimni**
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Telephone: (617) 482-1145
Facsimile: (617) 482-4392
iespinoza@lawyersforcivilrights.org
onimni@lawyersforcivilrights.org

**\*\*Pro hac vice** application forthcoming

*Attorneys for Plaintiff Ruben Juarez and the
Proposed Class
(Additional Counsel Listed on Signature Page)*

**McGuireWoods LLP**
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

*Attorneys for Defendants
Social Finance, Inc. d/b/a SoFi and
SoFi Lending Corp. d/b/a SoFi*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI,<br><br>        Defendants. | CASE NO: 4:20-cv-03386-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE IN RESPONSE TO DEFENDANTS' MOTION TO STAY DISCOVERY**<br><br>Complaint Filed: May 19, 2020<br><br>District Judge Haywood S. Gilliam, Jr. |

Pursuant to civil Local Rules 6-1(b) and 6-2, Plaintiff Ruben Juarez ("Plaintiff"), through counsel, along with counsel for Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi (collectively, "SoFi"), respectfully submit the following Joint Stipulation and Proposed Order to Set Briefing Schedule in Response to SoFi's Motion to Stay Discovery, ECF No. 29.

## RECITALS

WHEREAS, on May 19, 2020, Plaintiff filed a putative class action Complaint against SoFi in the above-captioned matter (D.E. 1);

WHEREAS, on June 5, 2020, pursuant to Local Rule 6-1(a), Plaintiff and SoFi (together, the "Parties") filed a Joint Stipulation to Extend Time to Respond to Initial Complaint, extending the time for SoFi to respond to the Complaint for a period of approximately twenty-one days, up to and including July 9, 2020 (D.E. 14);

WHEREAS, counsel for Plaintiff requested a modified briefing schedule in the event that SoFi filed a responsive Motion, and following meet and confer between counsel for Plaintiff and counsel for SoFi, the Parties agreed to modify the briefing schedule as follows, as set forth in the Joint Stipulation filed at ECF No. 24:

- Plaintiff's Opposition to Defendants' Motion in response to Plaintiff's Complaint shall be due 21 days following the filing of Defendants' Motion, and therefore shall be filed on or before July 30, 2020;
- SoFi's Reply shall be due 14 days following the filing of Plaintiff's Opposition, and therefore shall be filed on or before August 13, 2020;

WHEREAS, on July 7, 2020, the Court approved that Joint Stipulation, ECF No. 26;

WHEREAS, on July 9, 2020, SoFi filed a responsive Motion with a Motion Hearing set for August 27, 2020, ECF No. 28;

WHEREAS, on July 9, 2020, SoFi also filed a Motion to Stay Discovery with a Motion Hearing set for August 27, 2020, ECF No. 29;

WHEREAS, the Parties have met and conferred and now agree that the same briefing schedule that applies to SoFi's responsive Motion should also apply to SoFi's Motion to Stay

2

Discovery to provide the Parties time to evaluate and analyze the arguments and prepare a response;

WHEREAS, the Parties state that this request is not the result of dilatory conduct;

WHEREAS, the parties state that both Motions are set for the same Motion Hearing date;

WHEREAS, this Court has set the Initial Case Management Conference for August 25, 2020 at 2:00 PM with the Case Management Statement due on August 18, 2020 (ECF 20) and, accordingly, this extension of time will not alter the date or any event or deadline already fixed by Court order;

WHEREAS, the Parties affirm that no party will be prejudiced by the short extension, nor will the requested extension unduly delay the case;

WHEREAS, the Parties previously filed a Joint Stipulation to Extend Time to Respond to Initial Complaint (ECF No. 14) and a Joint Stipulation to Set Briefing Schedule in Response to Plaintiff's Complaint (ECF No. 24).

## **STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and SoFi through their respective undersigned counsel that:

1.  Plaintiff's Opposition to SoFi's Motion to Stay Discovery shall be filed on or before July 30, 2020;

2.  SoFi's Reply shall be filed on or before August 13, 2020;

3.  The only prior extensions of time in this action were a 21-day extension of time for SoFi to respond to the Complaint and a 7-day extension of the standard briefing schedule for Plaintiff's Opposition to Sofi's Responsive Motion and Sofi's Reply;

4.  This extension will not affect any other deadlines set by the Court in this case;

5.  This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties; and

6.  All other signatories listed, and on whose behalf the filing is submitted, concur with the content in this Stipulation and have authorized the filing.

3

1    IT IS SO STIPULATED.

2

3    DATED:  July 10, 2020                    **MCGUIREWOODS LLP**

4

5                                             By:      */s/ K. Issac deVyver*

6                                             K. Issac deVyver (*pro hac vice*)
                                              Karla Johnson (*pro hac vice*)

7                                             Tower Two-Sixty
                                              260 Forbes Avenue

8                                             Suite 1800
                                              Pittsburgh, PA 15222

9                                             Telephone: 412.667.6000

10                                            Facsimile: 412.667.6050

11                                            Jamie D. Wells (SBN 290827)
                                              Two Embarcadero Center

12                                            Suite 1300
                                              San Francisco, CA  94111-3821

13                                            Telephone:  415.844.9944
                                              Facsimile:  415.844.9922

14

15                                            *Attorneys for Defendants*
                                              *Social Finance, Inc. d/b/a SoFi and*

16                                            *SoFi Lending Corp. d/b/a SoFi*

17

18   DATED:  July 10, 2020                    **OUTTEN & GOLDEN LLP**

19

20                                            By:    */s/ Michael  Litrownik*

21                                            Michael Litrownik*
                                              Ossai Miazad*

22                                            685 Third Avenue, 25th Floor
                                              New York, NY 10017

23                                            Telephone:      (212) 245-1000
                                              Facsimile: (646) 509-2060

24                                            mlitrownik@outtengolden.com
                                              om@outtengolden.com

25

26

27

28
                                              4

Moira Heiges-Goepfert (Cal. Bar No. 326861)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
New York, NY 10017
Telephone: (212) 245-1000
Facsimile:     (415) 638-8810
mhg@outtengolden.com

Mikael Rojas (Cal. Bar No. 309626)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW, Suite 200W
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile (646) 509-2008
mrojas@outtengolden.com

Ivan Espinoza-Madrigal**
Oren Nimni**
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Telephone: (617) 482-1145
Facsimile: (617) 482-4392
iespinoza@lawyersforcivilrights.org
onimni@lawyersforcivilrights.org

*Admitted *Pro hac vice*
***Pro hac vice* application forthcoming

Attorneys for Plaintiff Ruben Juarez and the
Proposed Class

5

1

<u>**ORDER**</u>

2

3

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

4

5

DATED:      7/14/2020

6

7

_Haywood S. Gill, Jr._

8

Haywood S Gilliam, Jr
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE IN RESPONSE TO SOFI'S
MOTION TO STAY DISCOVERY