**OUTTEN & GOLDEN LLP**
Moira Heiges-Goepfert (Cal. Bar No. 326861)
One California Street, 12th Floor
San Francisco, CA 94111
New York, NY 10017
Telephone: (212) 245-1000
Facsimile:  (415) 638-8810
mhg@outtengolden.com

**LAWYERS FOR CIVIL RIGHTS**
Ivan Espinoza-Madrigal**
Oren Nimni**
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Telephone: (617) 482-1145
Facsimile: (617) 482-4392
iespinoza@lawyersforcivilrights.org
onimni@lawyersforcivilrights.org

**\*\*Pro hac vice** application forthcoming

*Attorneys for Plaintiff Ruben Juarez and the Proposed Class*
*(Additional Counsel Listed on Signature Page)*

**MCGUIREWOODS LLP**
Jamie D. Wells (SBN 290827)
Two Embarcadero Center
Suite 1300
San Francisco, CA  94111-3821
Telephone:  415.844.9944
Facsimile:  415.844.9922

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

*Attorneys for Defendants*
*Social Finance, Inc. d/b/a SoFi and*
*SoFi Lending Corp. d/b/a SoFi*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI,<br><br>Defendants. | CASE NO: 4:20-cv-03386-HSG<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT AND CONTINUE CMC**<br><br>Complaint Filed: May 19, 2020<br><br>District Judge Haywood S. Gilliam |

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Ruben Juarez ("Plaintiff"), through counsel, along with counsel for Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi (collectively, "SoFi"), respectfully submit the following Joint Stipulation and Proposed Order to Set Briefing Schedule Regarding Plaintiff's First Amended Complaint and Continue the Case Management Conference.

## RECITALS

WHEREAS, on May 19, 2020, Plaintiff filed a putative class action Complaint against SoFi in the above-captioned matter (D.E. 1);

WHEREAS, on June 5, 2020, pursuant to Local Rule 6-1(a), Plaintiff and SoFi (together, the "Parties") filed a Joint Stipulation to Extend Time to Respond to Initial Complaint, extending the time for SoFi to respond to the Complaint for a period of approximately twenty-one days, up to and including July 9, 2020 (D.E. 14);

WHEREAS, counsel for Plaintiff requested a modified briefing schedule in the event that SoFi filed a responsive Motion, and following meet and confer between counsel for Plaintiff and counsel for SoFi, the Parties agreed to modify the briefing schedule as set forth in the Joint Stipulation filed at D.E. 24;

WHEREAS, on July 7, 2020, the Court approved that Joint Stipulation, (D.E. 26);

WHEREAS, on July 9, 2020, SoFi filed a Motion to Compel Arbitration, or in the Alternative Dismiss, or in the Alternative Strike, with a Motion Hearing set for August 27, 2020, (D.E. 28);

WHEREAS, on July 9, 2020, SoFi also filed a Motion to Stay Discovery or in the Alternative Bifurcate Discovery with a Motion Hearing set for August 27, 2020, (D.E. 29);

WHEREAS, on July 10, 2020, the Parties filed a Joint Stipulation to Set Briefing Schedule in Response to SoFi's Motion to Stay Discovery to align the briefing schedule and hearing date for Defendant's Motion to Stay Discovery with Defendant's Motion to Compel Arbitration or in the Alternative Dismiss, or in the Alternative Strike (D.E. 30);

WHEREAS, on July 14, 2020, the Court granted the Parties' Joint Stipulation Set Briefing Schedule in Response to SoFi's Motion to Stay Discovery (D.E. 31);

1. WHEREAS, the Parties have met and conferred and Plaintiff informed SoFi of Plaintiff's intent to file a First Amended Complaint ("FAC") under Rule 15(a)(1)(B);

2. WHEREAS, the Parties anticipate that the FAC will moot SoFi's responsive Motions – i.e., Defendant's Motion to Compel Arbitration, or in the Alternative Dismiss, and Defendant's Motion to Stay Discovery, (D.E. Nos. 28 & 29), although SoFi preserves all arguments set forth in those responsive Motions and reserves the right to re-assert those arguments in response to the FAC;

3. WHEREAS, to adequately investigate any new claims and parties in Plaintiff's FAC, SoFi requests 30 days to respond;

4. WHEREAS, SoFi may file renewed responsive Motions in response to Plaintiff's FAC and if so, the Parties wish to set a briefing schedule on these Motions that will permit SoFi 30 days to respond to Plaintiff's FAC; 21 days for Plaintiff to file opposition briefs; and 14 days for SoFi to file any reply briefs;

5. WHEREAS, the Parties state that this request is not the result of dilatory conduct;

6. WHEREAS, this Court has set the Initial Case Management Conference for August 25, 2020 at 2:00 PM with the Case Management Statement due on August 18, 2020 (ECF 20);

7. WHEREAS, in order for SoFi to be prepared to assess the allegations and claims in the First Amended Complaint and be prepared to discuss its position and case schedule, the Parties agree to continue the Case Management Conference to September 22, 2020 at 2:00 PM, with the deadlines in D.E. Nos. 5 and 20 reset accordingly;

8. WHEREAS, the Parties affirm that no party will be prejudiced, nor will the requested extension unduly delay the case, and indeed will facilitate a more efficient means of resolving the issues in SoFi's Responsive Motions than Plaintiff filing the FAC after the resolution of SoFi's present Responsive Motions;

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and SoFi through their respective undersigned counsel that:

WHEREAS, the Parties have met and conferred and Plaintiff informed SoFi of Plaintiff's intent to file a First Amended Complaint ("FAC") under Rule 15(a)(1)(B);

WHEREAS, the Parties anticipate that the FAC will moot SoFi's responsive Motions – i.e., Defendant's Motion to Compel Arbitration, or in the Alternative Dismiss, and Defendant's Motion to Stay Discovery, (D.E. Nos. 28 & 29), although SoFi preserves all arguments set forth in those responsive Motions and reserves the right to re-assert those arguments in response to the FAC;

WHEREAS, to adequately investigate any new claims and parties in Plaintiff's FAC, SoFi requests 30 days to respond;

WHEREAS, SoFi may file renewed responsive Motions in response to Plaintiff's FAC and if so, the Parties wish to set a briefing schedule on these Motions that will permit SoFi 30 days to respond to Plaintiff's FAC; 21 days for Plaintiff to file opposition briefs; and 14 days for SoFi to file any reply briefs;

WHEREAS, the Parties state that this request is not the result of dilatory conduct;

WHEREAS, this Court has set the Initial Case Management Conference for August 25, 2020 at 2:00 PM with the Case Management Statement due on August 18, 2020 (ECF 20);

WHEREAS, in order for SoFi to be prepared to assess the allegations and claims in the First Amended Complaint and be prepared to discuss its position and case schedule, the Parties agree to continue the Case Management Conference to September 22, 2020 at 2:00 PM, with the deadlines in D.E. Nos. 5 and 20 reset accordingly;

WHEREAS, the Parties affirm that no party will be prejudiced, nor will the requested extension unduly delay the case, and indeed will facilitate a more efficient means of resolving the issues in SoFi's Responsive Motions than Plaintiff filing the FAC after the resolution of SoFi's present Responsive Motions;

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and SoFi through their respective undersigned counsel that:

1. Plaintiff's FAC shall be filed by July 30, 2020;

2. SoFi shall have 30 days, until August 31, 2020 to respond to Plaintiff's FAC;

3. If SoFi files Responsive Motions, Plaintiff shall file any Oppositions to SoFi's Responsive Motions by September 21, 2020 and SoFi shall file any Replies by October 5, 2020;

4. The Parties will set a hearing date in October 2020 for these Motions;

5. The Case Management Conference will be continued to September 22, 2020 at 2:00 PM, with the deadlines in D.E. Nos. 5 and 20 reset accordingly;

6. This extension will not affect any other deadlines set by the Court in this case;

7. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties; and

8. All other signatories listed, and on whose behalf the filing is submitted, concur with the content in this Stipulation and have authorized the filing.

IT IS SO STIPULATED.

4

JOINT STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE IN RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT AND CONTINUE CMC

DATED: July 30, 2020                     **McGuireWoods LLP**

By:   */s/ K. Issac deVyver*
     K. Issac deVyver (*pro hac vice*)
     Karla Johnson (*pro hac vice*)
     Tower Two-Sixty
     260 Forbes Avenue
     Suite 1800
     Pittsburgh, PA 15222
     Telephone: 412.667.6000
     Facsimile: 412.667.6050

     Jamie D. Wells (SBN 290827)
     Two Embarcadero Center
     Suite 1300
     San Francisco, CA 94111-3821
     Telephone: 415.844.9944
     Facsimile: 415.844.9922

     *Attorneys for Defendants*
     *Social Finance, Inc. d/b/a SoFi and*
     *SoFi Lending Corp. d/b/a SoFi*

DATED: July 30, 2020                     **Outten & Golden LLP**

By:   */s/ Michael Litrownik*
     Michael Litrownik*
     Ossai Miazad*
     685 Third Avenue, 25th Floor
     New York, NY 10017
     Telephone: (212) 245-1000
     Facsimile: (646) 509-2060
     mlitrownik@outtengolden.com
     om@outtengolden.com

Moira Heiges-Goepfert (Cal. Bar No. 326861)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (415) 638-8810
mhg@outtengolden.com

Mikael Rojas (Cal. Bar No. 309626)
OUTTEN & GOLDEN LLP
601 Massachusetts Avenue NW, Suite 200W
Washington, D.C. 20001
Telephone: (202) 847-4400
Facsimile: (646) 509-2008
mrojas@outtengolden.com

Ivan Espinoza-Madrigal**
Oren Nimni**
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Telephone: (617) 482-1145
Facsimile: (617) 482-4392
iespinoza@lawyersforcivilrights.org
onimni@lawyersforcivilrights.org

*Admitted *Pro hac vice*
***Pro hac vice* application forthcoming

*Attorneys for Plaintiff Ruben Juarez and the Proposed Class*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**. The case management conference will be held telephonically. All counsel shall use the following dial-in information to access the call: Dial-In: 888-808-6929/Passcode: 6064255.

DATED:      7/31/2020

_____
Haywood S. Gilliam, Jr.
United States District Judge