| | |
|---|---|
| 1 | **MCGUIREWOODS LLP** |
| 2 | Jamie D. Wells (SBN 290827)<br>Two Embarcadero Center<br>Suite 1300 |
| 3 | San Francisco, CA  94111-3821 |
| 4 | Telephone:  415.844.9944<br>Facsimile:  415.844.9922 |
| 5 | |
| 6 | K. Issac deVyver (*pro hac vice*)<br>Karla Johnson (*pro hac vice*) |
| 7 | Tower Two-Sixty<br>260 Forbes Avenue |
| 8 | Suite 1800<br>Pittsburgh, PA 15222 |
| 9 | Telephone: 412.667.6000<br>Facsimile: 412.667.6050 |
| 10 | |
| 11 | Attorneys for Defendants<br>Social Finance, Inc. d/b/a SoFi and |
| 12 | SoFi Lending Corp. d/b/a SoFi |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI,<br><br>Defendants. | CASE NO: 4:20-cv-03386-HSG<br><br>[~~PROPOSED~~] ORDER DENYING **ADMINISTRATIVE MOTION TO ENLARGE PAGE LIMIT FOR SOFI'S RESPONSIVE PLEADING**<br><br>Honorable Haywood S Gilliam, Jr. |

1   Before the Court is Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi'S (collectively, "SoFi") Administrative Motion to enlarge SoFi's page limit for its responsive motion to Plaintiffs Ruben Juarez and Calin Constantin Segarceanu's ("Plaintiffs") operative First Amended Complaint ("Motion") by 5 pages from the default page limitation set forth under Civil L.R. 7-4(b), to no more than 30 pages for SoFi's Motion ("Administrative Motion").

Good cause therefor appearing, the Court hereby GRANTS the Administrative Motion. SoFi's page limit for its Motion is enlarged to no more than 30 pages.

IT IS SO ORDERED.

DATED:  8/24/2020

_____
Honorable _____
United States District Court Judge

[DENIED stamp — Haywood S. Gilliam Jr., Judge]