| | |
|---|---|
| **OUTTEN & GOLDEN LLP**<br>Moira Heiges-Goepfert (Cal. Bar No. 326861)<br>One California Street, 12th Floor<br>San Francisco, CA 94111<br>New York, NY 10017<br>Telephone: (212) 245-1000<br>Facsimile:  (415) 638-8810<br>mhg@outtengolden.com<br><br>**LAWYERS FOR CIVIL RIGHTS**<br>Sophia L. Hall (admitted *pro hac vice*)<br>61 Batterymarch Street, 5th Floor<br>Boston, MA 02110<br>Telephone: (617) 482-1145<br>Facsimile: (617) 482-4392<br>shall@lawyersforcivilrights.org<br><br>*Attorneys for Plaintiffs and the Proposed Class*<br>*(Additional Counsel Listed on Signature Page)* | **MCGUIREWOODS LLP**<br>Jamie D. Wells (SBN 290827)<br>Two Embarcadero Center, Suite 1300<br>San Francisco, CA  94111-3821<br>Telephone:  415.844.9944<br>Facsimile:  415.844.9922<br><br>K. Issac deVyver (*pro hac vice*)<br>Karla Johnson (*pro hac vice*)<br>Tower Two-Sixty<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh, PA 15222<br>Telephone: 412.667.6000<br>Facsimile: 412.667.6050<br><br>*Attorneys for Defendants*<br>*Social Finance, Inc. d/b/a SoFi and*<br>*SoFi Lending Corp. d/b/a SoFi* |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, CONSTANTIN CALIN SEGARCEANU, EMILIANO GALICIA, and JOSUE JIMENEZ, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI,<br><br>    Defendants. | CASE NO: 4:20-cv-03386-HSG<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF BRIEFING DEADLINES REGARDING DEFENDANTS' MOTION TO COMPEL ARBITRATION  [ECF NO. 68]**<br><br>Complaint Filed: May 19, 2020<br>First Amended Complaint Filed: July 30, 2020<br>Second Amended Complaint Filed: May 3, 2021<br><br>District Judge Haywood S. Gilliam |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Ruben Juarez, Calin Constantin Segarceanu, Emiliano Galicia and Josue Jimenez ("Plaintiffs"), through counsel, along with counsel for Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi (collectively, "Defendants" or "SoFi," and together with Plaintiffs, the "Parties"), respectfully submit the following Joint Stipulation and Proposed Order for Amended Pleadings.

## RECITALS

WHEREAS, on May 19, 2020, Plaintiff Juarez filed a putative class action Complaint against SoFi in the above-captioned matter (D.E. 1);

WHEREAS, on July 30, 2020, Plaintiffs filed the First Amended Complaint (D.E. 33);

WHEREAS, on August 31, 2020, Defendants filed a Motion to Compel Arbitration, or in the Alternative Dismiss, or in the Alternative Strike Portions of the Plaintiff's First Amended Complaint (D.E. 38);

WHEREAS, on December 3, 2020, the Court held a hearing on Defendants' Motion to Compel Arbitration, or in the Alternative Dismiss, or in the Alternative Strike Portions of the Plaintiff's First Amended Complaint (D.E. 51);

WHEREAS, on April 12, 2021, the Court issued an Order (1) denying SoFi's Motion to Compel Arbitration and granting in part and denying in part SoFi's Motion to Dismiss, (2) providing Plaintiffs an opportunity to amend to address the deficiencies as to the Unruh Civil Right Act claim within 21 days of the Order, and (3) setting the Case Management Conference on May 4, 2021 (D.E. 56);

WHEREAS, on May 3, 2021, Plaintiffs filed a Second Amended Complaint in accordance with the Court's April 12, 2021 Order, incorporating additional named Plaintiffs Josue Jimenez and Emiliano Galicia (D.E. 62);

WHEREAS, Defendants filed a Motion to Compel Arbitration of Claims of Plaintiff Emiliano Galicia on June 2, 2021, rendering Plaintiffs' opposition due on June 16, 2021, and Defendants' reply due on June 23, 2021;

WHEREAS, the hearing on Defendants' Motion to Compel Arbitration of Claims of

Plaintiff Emiliano Galicia is currently set for August 26, 2021;

WHEREAS, the Parties have scheduled a mediation session for July 15, 2021;

WHEREAS, to accommodate previously scheduled vacations and other litigation deadlines, and to allow the parties to meaningfully focus on and prepare for the mediation, the Parties have agreed to extend the briefing schedule for the pending Motion to Compel Arbitration of Claims of Plaintiff Emiliano Galicia as follows: Plaintiffs' opposition to be submitted no later than July 2, 2021 and Defendants' reply to be submitted no later than July 26, 2021.

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and SoFi through their respective undersigned counsel that:

1. To accommodate previously scheduled vacations and other litigation deadlines, and to allow the parties to meaningfully focus on and prepare for mediation, the parties have agreed to extend the briefing schedule on SoFi's pending Motion to Compel Arbitration of Claims of Plaintiff Emiliano Galicia as follows;
    a. Plaintiffs' opposition deadline will be July 2, 2021;
    b. Defendants' reply deadline will be July 26, 2021.
2. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all Parties; and
3. All other signatories listed, and on whose behalf the filing is submitted, concur with the content in this Stipulation and have authorized the filing.

IT IS SO STIPULATED.

DATED: June 09, 2021			**OUTTEN & GOLDEN LLP**

By: */s/ Ossai Miazad*
Ossai Miazad (*pro hac vice*)
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

JOINT STIPULATION AND ORDER FOR TIME EXTENSION
Case No. 4:20-cv-03386-HSG

|    |    |    |
|---|---|---|
| 1  |   | Moira Heiges-Goepfert (Cal. Bar No. 326861) |
|    |   | OUTTEN & GOLDEN LLP |
| 2  |   | One California Street, 12th Floor |
|    |   | San Francisco, CA 94111 |
| 3  |   | New York, NY 10017 |
|    |   | Telephone: (212) 245-1000 |
| 4  |   | Facsimile: (415) 638-8810 |
|    |   | mhg@outtengolden.com |
| 5  |   |    |
|    |   | Mikael Rojas (Cal. Bar No. 309626) |
| 6  |   | OUTTEN & GOLDEN LLP |
|    |   | 601 Massachusetts Avenue NW, Suite 200W |
| 7  |   | Washington, D.C. 20001 |
|    |   | Telephone: (202) 847-4400 |
| 8  |   | Facsimile (646) 509-2008 |
|    |   | mrojas@outtengolden.com |
| 9  |   |    |
|    |   | Sophia L. Hall (*pro hac vice*) |
| 10 |   | LAWYERS FOR CIVIL RIGHTS |
|    |   | 61 Batterymarch Street, 5th Floor |
| 11 |   | Boston, MA 02110 |
|    |   | Telephone: (617) 482-1145 |
| 12 |   | Facsimile: (617) 482-4392 |
|    |   | shall@lawyersforcivilrights.org |
| 13 |   |    |
| 14 |   | *Attorneys for Plaintiffs and the Proposed Class* |
| 15 |   |    |
| 16 | DATED: June 09, 2021 | **MCGUIREWOODS LLP** |
| 17 |   | By: */s/ K. Issac deVyver* |
|    |   | K. Issac deVyver (*pro hac vice*) |
| 18 |   | Karla Johnson (*pro hac vice*) |
|    |   | Tower Two-Sixty |
| 19 |   | 260 Forbes Avenue |
|    |   | Suite 1800 |
| 20 |   | Pittsburgh, PA 15222 |
|    |   | Telephone: 412.667.6000 |
| 21 |   | Facsimile: 412.667.6050 |
| 22 |   |    |
|    |   | Jamie D. Wells (SBN 290827) |
| 23 |   | Two Embarcadero Center |
|    |   | Suite 1300 |
| 24 |   | San Francisco, CA  94111-3821 |
|    |   | Telephone:  415.844.9944 |
| 25 |   | Facsimile:  415.844.9922 |
| 26 |   |    |
|    |   | *Attorneys for Defendants* |
| 27 |   | *Social Finance, Inc. d/b/a SoFi and* |
|    |   | *SoFi Lending Corp. d/b/a SoFi* |
| 28 |   |    |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/10/2021

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE