**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: 415.844.9944
Facsimile: 415.844.9922

**MCGUIREWOODS LLP**
K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

*Attorneys for Defendants*
*Social Finance, Inc. d/b/a SoFi and*
*SoFi Lending Corp. d/b/a SoFi*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, CALIN CONSTANTIN SEGARCEANU, EMILIANO GALICIA, and JOSUE JIMENEZ, on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI,<br><br>Defendants. | CASE NO: 4:20-cv-03386-HSG<br><br>**NOTICE OF APPEARANCE OF ANTHONY Q. LE AS COUNSEL FOR DEFENDANTS SOCIAL FINANCE, INC. d/b/a SOFI AND SOFI LENDING CORP. d/b/a SOFI**<br><br>Complaint Filed: May 19, 2020<br>First Amended Complaint Filed: July 30, 2020<br>Second Amended Complaint Filed: May 3, 2021<br><br>Honorable Haywood S Gilliam, Jr. |

**TO THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Anthony Q. Le of MCGUIREWOODS LLP hereby enters his appearance as an attorney of record for Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi.

DATED:  September 24, 2021                           **MCGUIREWOODS LLP**

By:  /s/ Anthony Q. Le
Anthony Q. Le
*Attorneys for Defendants*
*Social Finance, Inc. d/b/a SoFi and*
*SoFi Lending Corp. d/b/a SoFi*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, a copy of foregoing NOTICE OF APPEARANCE OF ANTHONY Q. LE AS COUNSEL FOR DEFENDANTS SOCIAL FINANCE, INC. d/b/a SOFI and SOFI LENDING CORP. d/b/a SOFI was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the Notice of Electronic Filing.

Dated:  September 24, 2021                    By: */s/ Anthony Q. Le*
                                                                          Anthony Q. Le