| | |
|---|---|
| **OUTTEN & GOLDEN LLP** | **MCGUIREWOODS LLP** |
| Moira Heiges-Goepfert (Cal. Bar No. 326861) | Anthony Q. Le (SBN 300660) |
| One California Street, 12th Floor | Two Embarcadero Center, Suite 1300 |
| San Francisco, CA 94111 | San Francisco, CA 94111-3821 |
| Telephone: (415) 991-8514 | Telephone: 415.844.9944 |
| Facsimile: (415) 638-8810 | Facsimile: 415.844.9922 |
| mhg@outtengolden.com | |
| | K. Issac deVyver (*pro hac vice*) |
| Sophia L. Hall (*pro hac vice*) | Karla Johnson (*pro hac vice*) |
| **LAWYERS FOR CIVIL RIGHTS** | Tower Two-Sixty |
| 61 Batterymarch Street, 5th Floor | 260 Forbes Avenue, Suite 1800 |
| Boston, MA 02110 | Pittsburgh, PA 15222 |
| Telephone: (617) 482-1145 | Telephone: 412.667.6000 |
| Facsimile: (617) 482-4392 | Facsimile: 412.667.6050 |
| shall@lawyersforcivilrights.org | |
| | *Attorneys for Defendants* |
| *Attorneys for Plaintiffs and the Proposed Class* | *Social Finance, Inc. d/b/a SoFi and* |
| *(Additional Counsel Listed on Signature Page)* | *SoFi Lending Corp. d/b/a SoFi* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN JUAREZ, CALIN CONSTANTIN SEGARCEANU, EMILIANO GALICIA, and JOSUE JIMENEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI,<br><br>Defendants. | Case No.: 4:20-cv-03386-HSG<br><br>**JOINT STIPULATION AND ORDER TO FURTHER STAY LITIGATION**<br><br>District Judge: Haywood S. Gilliam, Jr.<br>Complaint filed: May 19, 2020<br>First Amended Complaint Filed: July 30, 2020<br>Second Amended Complaint Filed: May 3, 2021 |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiffs Ruben Juarez, Calin Constantin Segarceanu, Emiliano Galicia, and Josue Jimenez ("Plaintiffs"), through counsel, along with counsel for Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi

(collectively, "SoFi," and together with Plaintiffs, the "Parties"), respectfully submit the following Joint Stipulation and Proposed Order to Further Stay Litigation.

### RECITALS

WHEREAS, on May 19, 2020, Plaintiff Juarez filed a putative class action Complaint against SoFi in the above-captioned matter, asserting violations of the Civil Rights Act of 1866, 42 U.S.C. § 1981, and the California Unruh Civil Rights Act, Cal. Civil Code §§ 51, *et seq.*, (D.E. 1);

WHEREAS, on July 30, 2020, Plaintiffs Juarez and Segarceanu filed a First Amended Complaint, adding named Plaintiff Segarceanu and claims under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (D.E. 33);

WHEREAS, on May 3, 2021, Plaintiffs filed a Second Amended Complaint (as authorized by the Court), incorporating additional named Plaintiffs Jimenez and Galicia (D.E. 56, 62);

WHEREAS, following the May 4, 2021 case management conference, the Court entered a Scheduling Order on May 12, 2021, pursuant to which fact discovery closes April 3, 2022 (D.E. 66);

WHEREAS, on July 15, 2021, the Parties participated in a private mediation session with JAMS arbitrator David Geronemus, Esq., during which they were ultimately unable to reach a settlement;

WHEREAS, on November 3, 2021, the Court approved the Parties' Joint Stipulation seeking to stay the case through December 28, 2021 in order to focus on continued settlement discussions, but cautioned the Parties that if the case is not settled by December 28, 2021, they should be prepared to proceed under the current case schedule (D.E. 84);

WHEREAS, on December 28, 2021, the Parties provided an update to the Court that substantial process was made towards settlement (D.E. 85), and on January 3, 2022 the Court approved the Parties' Joint Stipulation seeking to further stay the case through January 27, 2022 (D.E. 86);

WHEREAS, on January 27, 2022, the Parties filed a Joint Stipulation updating the Court that they had reached an agreement to settle the case in principle, and seeking to extend the stay of

2

JOINT STIPULATION AND ORDER TO FURTHER STAY LITIGATION,
Case No. 4:20-cv-03386-HSG

discovery through March 28, 2022, by which date the Parties agreed that Plaintiffs would file a motion for preliminary approval or the Parties would otherwise jointly update the Court as to the status of their settlement efforts (D.E. 87);

WHEREAS, on January 28, 2022 the Court approved the Parties' Joint Stipulation seeking to further stay the case through March 28, 2022 (D.E. 88);

WHEREAS, since that time, the Parties have documented the written agreement and are finalizing execution of the agreement and completion of draft notices;

WHEREAS, the Plaintiffs expect to file for preliminary approval within 14 days;

WHEREAS, a continued stay will further conserve judicial resources and allow the Parties to continue efforts towards documenting settlement; and

WHEREAS, the Parties affirm that no party will be prejudiced by this stipulation, nor will the requested extension unduly delay the case;

## **STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and SoFi through their respective undersigned counsel that:

1. All formal discovery, discovery obligations and motion practice shall be suspended and stayed for another 14 days, (until April 11, 2022) to enable the Parties to conserve resources and focus their efforts on settlement;

2. Plaintiffs will file for preliminary approval on or before April 11, 2022, or the parties will submit an update to the Court in which they will apprise the Court of the expected timing for the filing of a motion for preliminary approval;

3. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all Parties; and

4. All other signatories listed, and on whose behalf the filing is submitted, concur with the content in this Stipulation and have authorized the filing.

IT IS SO STIPULATED.

| | |
|---|---|
| OUTTEN & GOLDEN LLP | MCGUIRE WOODS LLP |
| Dated: March 25, 2021 | Dated: March 25, 2021 |
| By: */s/ Ossai Miazad* <br> Ossai Miazad (*pro hac vice*) <br> 685 Third Avenue, 25th Floor <br> New York, NY 10017 <br> Telephone: (212) 245-1000 <br> Facsimile: (646) 509-2060 <br> om@outtengolden.com | By: */s/ K. Issac deVyver* <br> K. Issac deVyver (*pro hac vice*) <br> Karla Johnson (*pro hac vice*) <br> Tower Two-Sixty <br> 260 Forbes Avenue <br> Suite 1800 <br> Pittsburgh, PA 15222 <br> Telephone: 412.667.6000 <br> Facsimile: 412.667.6050 |
| Moira Heiges-Goepfert (Cal. Bar No. 326861) <br> OUTTEN & GOLDEN LLP <br> One California Street, 12th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 991-8514 <br> Facsimile: (415) 638-8810 <br> mhg@outtengolden.com | Anthony Q. Le (SBN 300660) <br> Two Embarcadero Center <br> Suite 1300 <br> San Francisco, CA 94111-3821 <br> Telephone: 415.844.9944 <br> Facsimile: 415.844.9922 |
| Mikael Rojas (Cal. Bar No. 309626) <br> OUTTEN & GOLDEN LLP <br> 601 Massachusetts Avenue NW, Suite 200W <br> Washington, D.C. 20001 <br> Telephone: (202) 847-4400 <br> Facsimile: (646) 509-2008 <br> mrojas@outtengolden.com | *Attorneys for Defendants* <br> *Social Finance, Inc. d/b/a SoFi and* <br> *SoFi Lending Corp. d/b/a SoFi* |
| Sophia L. Hall (*pro hac vice*) <br> LAWYERS FOR CIVIL RIGHTS <br> 61 Batterymarch Street, 5th Floor <br> Boston, MA 02110 <br> Telephone: (617) 482-1145 <br> Facsimile: (617) 482-4392 <br> shall@lawyersforcivilrights.org | |
| *Attorneys for Plaintiffs Ruben Juarez, Calin Constantin Segarceanu, Emiliano Galicia, Josue Jimenez and the Proposed Class* | |

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: _____3/25/2022_____

_____
Haywood S. Gilliam, Jr
United States District Judge