| | |
|---|---|
| **OUTTEN & GOLDEN LLP** <br> Moira Heiges-Goepfert (SBN 326861) <br> One California Street, 12th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 991-8514 <br> Facsimile: (415) 638-8810 <br> mhg@outtengolden.com <br><br> **LAWYERS FOR CIVIL RIGHTS** <br> Sophia L. Hall (*pro hac vice*) <br> 61 Batterymarch Street, 5th Floor <br> Boston, MA 02110 <br> Telephone: (617) 482-1145 <br> Facsimile: (617) 482-4392 <br> shall@lawyersforcivilrights.org <br><br> *Attorneys for Plaintiffs and the Class* <br> *(Additional Counsel Listed on Signature Page)* | **McGuireWoods LLP** <br> Anthony Q. Le (SBN 300660) <br> Two Embarcadero Center, Suite 1300 <br> San Francisco, CA 94111-3821 <br> Telephone: (415) 844-9944 <br> Facsimile: (415) 844-9922 <br><br> K. Issac deVyver (*pro hac vice*) <br> Karla Johnson (*pro hac vice*) <br> Tower Two-Sixty <br> 260 Forbes Avenue, Suite 1800 <br> Pittsburgh, PA 15222 <br> Telephone: (412) 667-6000 <br> Facsimile: (412) 667-6050 <br><br> *Attorneys for Defendants* <br> *Social Finance, Inc. d/b/a SoFi and* <br> *SoFi Lending Corp. d/b/a SoFi* |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JUAREZ, CALIN CONSTANTIN SEGARCEANU, EMILIANO GALICIA, and JOSUE JIMENEZ, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI, <br><br> Defendants. | Case No.: 4:20-cv-03386-HSG <br><br> **JOINT STIPULATION AND ORDER TO SET SCHEDULE FOR SETTLEMENT NOTICE, MOTIONS, AND FAIRNESS HEARING** <br><br> District Judge: Haywood S. Gilliam, Jr. <br> Complaint filed: May 19, 2020 <br> First Amended Complaint Filed: July 30, 2020 <br> Second Amended Complaint Filed: May 3, 2021 |

Pursuant to Civil Local Rules 7-12 and the Court's Order Granting Preliminary Approval of the Settlement, ECF No. 101, Plaintiffs Ruben Juarez, Calin Constantin Segarceanu, Emiliano Galicia, and Josue Jimenez ("Plaintiffs"), through counsel, along with counsel for Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi (collectively, "SoFi," and

together with Plaintiffs, the "Parties"), respectfully submit the following Joint Stipulation and proposed order to set the schedule of dates for the below-listed events.

**RECITALS**

WHEREAS, on April 20, 2022, Plaintiffs filed an Unopposed Motion for Preliminary Settlement Approval ("Plaintiffs' Unopposed Motion"), ECF No. 93, attaching the Parties' proposed Settlement Agreement and Class Notice, ECF No. 93-3;

WHEREAS, on October 24, 2022, Plaintiffs filed a Supplemental Memorandum in Support of Plaintiffs' Unopposed Motion, ECF No. 96, amending the Class Notice and Claim Form to provide supplemental notice information in the Spanish language, ECF No. 97-3;

WHEREAS, on November 3, 2022, after the hearing on Plaintiffs' Unopposed Motion, the Parties submitted a joint stipulation to amend the proposed Settlement Agreement and Class Notice to reflect that individuals wishing to opt out of the settlement will not be required to submit documentation reflecting their immigration status, ECF No. 100;

WHEREAS, the Court granted preliminary approval of the settlement with edits to the Class Notice and directed the Parties to stipulate to a schedule of dates to submit to the Court for: a) Deadline for Settlement Administrator to mail notice to all putative Class Members; b) Filing deadline for attorneys' fees and costs motion; c) Filing deadline for incentive payment motion; d) Deadline for Class Members to opt-out or object to the settlement and/or application for attorneys' fees and costs and incentive payment; e) Filing deadline for final approval motion; and f) Final fairness hearing and hearing on motions, ECF No. 101;

WHEREAS, the Parties affirm that no party will be prejudiced by this Joint Stipulation;

**STIPULATION**

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and SoFi through their respective undersigned counsel the following schedule:

| Event | Date |
|---|---|
| Deadline for Settlement Administrator to mail notice to all putative Class Members | January 20, 2023 |
| Filing deadline for attorneys' fees and costs motion | January 20, 2023 |
| Filing deadline for incentive payment motion | January 20, 2023 |

| | |
|---|---|
| Deadline for Class Members to opt-out or object to settlement and/or application for attorneys' fees and costs and incentive payment, at least 45 days after the filing of the motion for attorneys' fees and incentive payments | March 6, 2023 |
| Filing deadline for final approval motion | April 27, 2023 |
| Final fairness hearing and hearing on motions | May 11, 2023 |

IT IS SO STIPULATED.

OUTTEN & GOLDEN LLP

Dated:  December 22, 2022
By:  /s/ Ossai Miazad
Ossai Miazad (*pro hac vice*)
1225 New York Ave NW, Suite 1200B
Washington, D.C. 20005
Telephone: (202) 914-5097
Facsimile: (202) 847-4410
om@outtengolden.com

Moira Heiges-Goepfert (Cal. Bar No. 326861)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 991-8514
Facsimile: (415) 638-8810
mhg@outtengolden.com

Sophia L. Hall (*pro hac vice*)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Telephone: (617) 482-1145
Facsimile: (617) 482-4392
shall@lawyersforcivilrights.org

*Attorneys for Plaintiffs Ruben Juarez, Calin Constantin Segarceanu, Emiliano Galicia, Josue Jimenez and the Class*

MCGUIRE WOODS LLP

Dated:  December 22, 2022
By:   /s/ K. Issac deVyver
K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

Anthony Q. Le (SBN 300660)
Two Embarcadero Center
Suite 1300
San Francisco, CA 94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

*Attorneys for Defendants
Social Finance, Inc. d/b/a SoFi and
SoFi Lending Corp. d/b/a SoFi*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: _____12/27/2022_____,

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge