**McGuireWoods LLP**
Anthony Q. Le (SBN 300660)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: 412.667.6000
Facsimile: 412.667.6050

*Attorneys for Defendants*
*Social Finance, Inc. d/b/a SoFi and*
*SoFi Lending Corp. d/b/a SoFi*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN JUAREZ, CALIN CONSTANTIN SEGARCEANU, EMILIANO GALICIA, and JOSUE JIMENEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI,<br><br>Defendants. | Case No.: 4:20-cv-03386-HSG<br><br>**ORDER ON DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE OR VIDEOCONFERENCE AT FINAL FAIRNESS HEARING AND HEARING ON MOTION FOR APPROVAL OF ATTORNEYS' FEES, COSTS AND SERVICE AWARDS**<br><br>District Judge: Haywood S. Gilliam, Jr.<br>Hearing Date: May 11, 2023<br>Hearing Time: 2:00 p.m.<br>Courtroom 2, 4th Floor |

This Court, having considered Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi's request that its counsel, K. Issac deVyver, be permitted to appear telephonically or via videoconference at the Final Fairness Hearing and Hearing on Plaintiffs' Motion for Approval of Attorneys' Fees, Costs and Service Awards, finds that the request is well taken and should be GRANTED.

Permission is hereby granted for K. Issac deVyver, counsel for Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi, to appear telephonically at the May 11, 2023 hearing. Counsel shall use the following dial-in information to access the call: Dial-In: 888-808-6929/Passcode: 6064255.

DATED: 4/18/2023

_____
Haywood S. Gilliam, Jr.
United States District Judge