**OUTTEN & GOLDEN LLP**
Moira Heiges-Goepfert (SBN 326861)
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 991-8514
Facsimile: (415) 638-8810
mhg@outtengolden.com

**LAWYERS FOR CIVIL RIGHTS**
Sophia L. Hall (*pro hac vice*)
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Telephone: (617) 482-1145
Facsimile: (617) 482-4392
shall@lawyersforcivilrights.org

*Attorneys for Plaintiffs and the Class*
*(Additional Counsel Listed*
*on Signature Page)*

**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

*Attorneys for Defendants*
*Social Finance, Inc. d/b/a SoFi and*
*SoFi Lending Corp. d/b/a SoFi*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN JUAREZ, CALIN CONSTANTIN SEGARCEANU, EMILIANO GALICIA, and JOSUE JIMENEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI,<br><br>Defendants. | Case No.: 4:20-cv-03386-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATED FINAL JUDGMENT**<br><br>District Judge: Haywood S. Gilliam, Jr. |

Pursuant to Civil Local Rules 7-12 Plaintiffs Ruben Juarez, Calin Constantin Segarceanu, Emiliano Galicia, and Josue Jimenez ("Plaintiffs"), through counsel, along with counsel for Defendants Social Finance, Inc. d/b/a SoFi and SoFi Lending Corp. d/b/a SoFi (collectively, "SoFi," and together with Plaintiffs, the "Parties"), respectfully submit the following Joint Stipulation and proposed order to extend the deadline to file a stipulated Final Judgment.

**RECITALS**

WHEREAS, on April 20, 2022, Plaintiffs filed an Unopposed Motion for Preliminary Settlement Approval, ECF No. 93, and as directed by the Court, subsequent amendments to the proposed Settlement Agreement and proposed Class Notice and Claim Form, ECF Nos. 96-97, 100;

WHEREAS, on December 15, 2022, the Court granted preliminary approval of the settlement with edits to the Class Notice, ECF No. 101;

WHEREAS, on January 20, 2023, Plaintiffs filed a Motion for Attorneys' Fees, Costs, and Service awards, ECF No. 106;

WHEREAS, on April 27, 2023, Plaintiffs filed a Motion for Final Approval, ECF No. 109;

WHEREAS, on May 11, 2023, the Final Approval Hearing was held before the Court, and the Court ordered Plaintiffs to submit supplemental briefing regarding Individual Plaintiff Ruben Juarez's requested service award, declarations from Class Representatives Segarceanu, Galicia, and Jimenez in support of their requested service awards, and more detailed billing records for in camera review, ECF Nos. 110-11;

WHEREAS, on May 25, 2023, Plaintiffs submitted the supplemental briefing, declarations, and billing records to the Court, ECF No. 112;

WHEREAS, on June 8, 2023, the court entered an order granting Plaintiffs' Motion for Final Approval and granting in part Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards, but denying Individual Plaintiff Juarez's requested individual payment, ECF No. 113;

1  WHEREAS, on June 8, 2023 the Court's Final Approval order also directed the parties to file short stipulated Final Judgment by June 29, 2023, ECF No. 113;

WHEREAS, on June 27, 2023 the Parties reached an agreement in principle with respect to Individual Plaintiff Juarez's claims and require additional time to finalize the terms of the settlement, release and dismissal before the Parties can file a stipulated Final Judgment;

WHEREAS, the Parties agree that they require an extension of the deadline to file the stipulated Final Judgment to July 14, 2023;

WHEREAS, the Parties affirm that no party will be prejudiced by this Joint Stipulation;

## **STIPULATION**

THEREFORE, Plaintiffs and SoFi respectfully request that the Court grant an extension to file the stipulated Final Judgment to July 14, 2023.

| OUTTEN & GOLDEN LLP | MCGUIRE WOODS LLP |
|---|---|
| Dated: June 29, 2023 | Dated: June 29, 2023 |
| By: */s/ Ossai Miazad* <br> Ossai Miazad (*pro hac vice*) <br> 1225 New York Ave NW, Suite 1200B <br> Washington, D.C. 20005 <br> Telephone: (202) 914-5097 <br> Facsimile: (202) 847-4410 <br> om@outtengolden.com | By: */s/ K. Issac deVyver* <br> K. Issac deVyver (*pro hac vice*) <br> Karla Johnson (*pro hac vice*) <br> Tower Two-Sixty <br> 260 Forbes Avenue <br> Suite 1800 <br> Pittsburgh, PA 15222 <br> Telephone: (412) 667-6000 <br> Facsimile: (412) 667-6050 |
| Moira Heiges-Goepfert (Cal. Bar No. 326861) <br> OUTTEN & GOLDEN LLP <br> One California Street, 12th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 991-8514 <br> Facsimile: (415) 638-8810 <br> mhg@outtengolden.com | Anthony Q. Le (SBN 300660) <br> Two Embarcadero Center <br> Suite 1300 <br> San Francisco, CA 94111-3821 <br> Telephone: (415) 844-9944 <br> Facsimile: (415) 844-9922 |
| Sophia L. Hall (*pro hac vice*) <br> LAWYERS FOR CIVIL RIGHTS <br> 61 Batterymarch Street, 5th Floor <br> Boston, MA 02110 <br> Telephone: (617) 482-1145 <br> Facsimile: (617) 482-4392 | *Attorneys for Defendants* <br> *Social Finance, Inc. d/b/a SoFi and* <br> *SoFi Lending Corp. d/b/a SoFi* |

shall@lawyersforcivilrights.org

*Attorneys for Plaintiffs Ruben Juarez, Calin Constantin Segarceanu, Emiliano Galicia, Josue Jimenez and the Class*

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: 6/29/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge