**OUTTEN & GOLDEN LLP**
Moira Heiges-Goepfert (SBN 326861)
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 991-8514
Facsimile: (415) 638-8810
mhg@outtengolden.com

Ossai Miazad (*pro hac vice*)
1225 New York Ave NW, Suite 1200B
Washington, D.C. 20005
Telephone: (202) 914-5097
Facsimile: (202) 847-4410
om@outtengolden.com

**LAWYERS FOR CIVIL RIGHTS**
Sophia L. Hall (*pro hac vice*)
61 Batterymarch Street, 5th Floor
Boston, MA 02110
Telephone: (617) 482-1145
Facsimile: (617) 482-4392
shall@lawyersforcivilrights.org

*Attorneys for Plaintiffs and the Class*

**MCGUIREWOODS LLP**
Anthony Q. Le (SBN 300660)
Two Embarcadero Center, Suite 1300
San Francisco, CA  94111-3821
Telephone: (415) 844-9944
Facsimile: (415) 844-9922

K. Issac deVyver (*pro hac vice*)
Karla Johnson (*pro hac vice*)
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
Telephone: (412) 667-6000
Facsimile: (412) 667-6050

*Attorneys for Defendants*
*Social Finance, Inc. d/b/a SoFi and*
*SoFi Lending Corp. d/b/a SoFi*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUBEN JUAREZ, CALIN CONSTANTIN SEGARCEANU, EMILIANO GALICIA, and JOSUE JIMENEZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIAL FINANCE, INC. d/b/a SOFI, and SOFI LENDING CORP. d/b/a SOFI,<br><br>Defendants. | Case No.: 4:20-cv-03386-HSG<br><br>**JOINT JUDGMENT RE: FINAL APPROVAL OF CLASS ACTION SETTLEMENT (AS MODIFIED)**<br><br>Judge: Haywood S. Gilliam, Jr. |

## JUDGMENT AS MODIFIED

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. **Definitions**. This Judgment incorporates by reference the definitions in the Settlement Agreement, ECF No. 93-3 ("Agreement") and all capitalized terms used, but not defined herein, shall have the same meanings as in the Agreement.

2. **Jurisdiction**. This Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all Members of the Class and Plaintiff Juarez, and venue in this Court is proper.

3. **Dismissal with Prejudice.** Final Judgment is hereby entered with respect to the Released Claims of all Settlement Class Members and Plaintiff Juarez, and the Released Claims in the Action are hereby dismissed in their entirety with prejudice and without costs. All claims in the Action are dismissed, and the case shall be closed. Nothing herein is intended to waive or prejudice the rights of Class Members who have timely excluded themselves from the Classes.

4. **Continuing Jurisdiction.** Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over the administration, consummation, enforcement, and interpretation of the Agreement, the Final Judgment, and for any other necessary purpose, including to ensure compliance with the Protective Order.

5. **Entry of Final Judgment.** There is no just reason for delay in the entry of this Order and Final Judgment and immediate entry by the Clerk of the Court is hereby directed. The Clerk is further directed to close the case.

**IT IS SO ORDERED.**

DATED: July 17, 2023

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE